**No. 59935.**—W. X. Huber Co. v. United States, protest 643687–G (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 59936.**—General Wiping Products Co. and J. T. Steeb & Co., Inc. v. United States, protests 825144–G and 946687–G (Seattle).

Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 59937.**—Packer Scott & Co. v. United States, protests 835671–G and 796960–G (Portland, Oreg.).

Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 59938.**—M. Furuya Co. et al. v. United States, protests 952904–G, etc. (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.